ACCEPTED
10-20-00287-CV
TENTH COURT OF APPEALS
WACO, TEXAS
1/15/2021 1:22 PM
NITA WHITENER
CLERK

## NO. 10-20-00287-CV

| | | |
|---|---|---|
| **IN RE** | § | **IN THE COURT OF APPEALS** |
| | § | |
| **D.O.S. AND E.C.,** | § | **FOR THE TENTH DISTRICT** |
| | § | |
| **RELATORS** | § | **AT WACO, TEXAS** |

FILED
10th COURT OF APPEALS
WACO, TEXAS
1/15/2021 1:00 PM
NITA WHITENER
Clerk

## THIRD MOTION FOR EXTENSION OF TIME
## TO FILE INTERVENORS' RESPONSE

TO THE HONORABLE JUDGE:

NOW COMES A.L.C. and R.L.V., Intervenors, and file this their *Third Motion for Extension of Time to File Intervenors' Response.*

### I. Introduction

A.L.C. and R.L.V., Intervenors, request an extension of time to file their response. A.L.C. and R.L.V.'s response is due on January 15, 2021. A.L.C. and R.L.V. request additional time to file their response, extending the deadline to February 15, 2021.

### II. Argument & Authorities

This *Motion* is filed pursuant to Texas Rules of Appellate Procedure 38.6(d), which allows the Court of Appeals to grant an extension of time to file a response.

Since requesting the last extension, three associates have left counsel for Intervenors' firm, causing a drastic shift in the remaining

associates' caseloads. Certain cases previously unknown to counsel for Intervenors had issues that had to be addressed immediately. Therefore, counsel for A.L.C. and R.L.V. requires additional time to prepare the response currently due on January 15, 2021.

This extension is sought due to the need for A.L.C. and R.L.V.'s counsel to have sufficient time to prepare for and draft this response. Counsel for A.L.C. and R.L.V. is asking for a 31-day extension.

This is Intervenors' third request for an extension, which counsel for Intervenors hopes is granted generously according the 21st Emergency Order issued by the Supreme Court of Texas on July 31, 2020.

### III. Conclusion

A.L.C. and R.L.V., Intervenors, request this Court to grant a 31-day extension of time to file their *Intervenors' Response* to February 15, 2021.

### IV. Prayer

WHEREFORE, PREMISES CONSIDERED, A.L.C. and R.L.V., Intervenors, request this Court to grant this *Third Motion for Extension of Time to File Intervenors' Response* to February 15, 2021.

Respectfully submitted

**O'NEIL WYSOCKI, P.C.**
5323 Spring Valley Road, Suite 150
Dallas, Texas 75254
Tel: (972) 852-8000
Fax: (214) 306-7830

By:/s/ Karri L. Bertrand
    **KARRI L. BERTRAND**
    State Bar No. 24084826
    Karri@OWLawyers.com
    **MICHELLE MAY O'NEIL**
    State Bar No. 13260900
    Michelle@OWLawyers.com
    Attorneys for Intervenors

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with J.D. Foster, Attorney for Relators, and he is unopposed to Intervenors' *Third Motion for Extension of Time to File Intervenors' Response*. I certify that I have conferred with Kellie S. Price, Appellate Attorney for The Department of Family and Protective Services, and she is opposed to Intervenors' *Third Motion for Extension of Time to File Intervenors' Response*.

/s/ Karri L. Bertrand
**KARRI L. BERTRAND**
Attorney for Intervenors

# CERTIFICATE OF SERVICE

I certify that a true copy of Intervenors' *Third Motion for Extension of Time to File Intervenors' Response* was served on the following parties or their counsel via e-service on January 15, 2021.

Respondent:          Hon. Jim Chapman
County Court at Law No. 1 Judge
Ellis County Courthouse
109 S. Jackson
Waxahachie, Texas 75165
ccl1coordinator@co.ellis.tx.us

Real Party in
Interest:          Department of Family and Protective Services

Counsel for
Texas Department
of Family and
Protective Services:    Kellie S. Price
2401 Ridgepoint Drive, Bldg. H-2
MC: Y-956
Austin, Texas 78754
Kellie.Price@dfps.state.tx.us

Counsel for
Real Party in
Interest:          Ms. Stacey Auvenshine
Stacey.auvenshine@co.ellis.tx.us

Other Party:        Guardian Ad Litem

Counsel for
Other Party:        CASA of Ellis County
kim@casaofelliscounty.org
jennifer@casaofelliscounty.org
courtney@casaofelliscounty.org

Counsel for
Relators:              Mr. J.D. Foster
jdfoster@elliscountylegal.com

Other Party:          Mother of the Child – H.A. (a/k/a H.S.)

Counsel for
Other Party:          Lisa Wyatt
Lisalaw08@yahoo.com

Other Party:          Father of the Child – T.S.

Counsel for
Other Party:          Timothy Hardesty
thardesty@hardestylawoffice.com


/s/ Karri L. Bertrand
**KARRI L. BERTRAND**
Attorney for Intervenors